# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

**BZ**

| | |
|---|---|
| VISIONEER, INC., a California Corporation, <br><br> Plaintiff <br> v. <br> KEYSCAN, INC., a New Jersey Corporation, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) <br><br> CV 08  3967 <br><br> Civil Action No. |

### Summons in a Civil Action

To: KEYSCAN, INC., a New Jersey Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory S. Tamkin
Dorsey & Whitney LLP
370 17th Street, Suite 4700
Denver, CO  80202

Jennifer Prieb
Dorsey & Whitney LLP
1717 Embarcadero Road
Palo Alto, CA  94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Richard W. Wieking
Name of clerk of court

Date: AUG 1 9 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*