UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISIONEER INC.                    )
                                  )
         Plaintiff(s),            )     No. C08-3967 BZ
                                  )
    v.                            )     **NOTICE OF RECUSAL**
                                  )
                                  )
KEYSCAN INC.,                     )
                                  )
         Defendant(s).            )
                                  )
                                  )
                                  )
_____  )

        I hereby recuse myself in the above action.


Dated: August 27, 2008


                        _____
                             Bernard Zimmerman
                        United States Magistrate Judge


G:\BZALL\-BZCASES\MISC\VISIONEER.RECUSAL.wpd

1