UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISIONEER INC,                                           No. C 08-03967 MHP

        Plaintiff(s),                              **CLERK'S NOTICE**
**(Scheduling Case Management Conference**
  v.                                                     **in Reassigned Case)**

KEYSCAN INC

        Defendant(s).
_____/

     This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, December 8, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  August 29, 2008                    Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

United States District Court
For the Northern District of California