GREGORY S. TAMKIN (Bar No. 175009)
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, Colorado  80202-5647
Telephone:  (303) 629-3400
Facsimile:  (303) 629-3450
Email:  tamkin.greg@dorsey.com

JENNIFER PRIEB (Bar No. 251076)
DORSEY & WHITNEY LLP
1717 Embarcadero Rd.
Palo Alto, California  94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
Email:  prieb.jennifer@dorsey.com

Attorneys for Plaintiff,
Visioneer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONEER, INC., a California Corporation, ) | Case No. C 08-03967 MHP |
| ) | |
| Plaintiff, ) | **SECOND STIPULATION EXTENDING** |
| v. ) | **TIME TO ANSWER, MOVE, OR** |
| ) | **OTHERWISE RESPOND TO THE** |
| KEYSCAN, INC., a New Jersey Corporation ) | **COMPLAINT** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

undersigned parties that the time within which Defendant KeyScan, Inc. is to answer, move, or

otherwise respond to the Complaint of Visioneer, Inc., is extended from October 23, 2008, through

and including November 3, 2008.

1  SO STIPULATED:

2  **DATED**:  October 20, 2008       **DORSEY & WHITNEY LLP**

3

4                                      By:____*s/ Gregory S. Tamkin*_____
                                           Gregory S. Tamkin
5
                                        Attorneys for Plaintiff,
6                                       VISIONEER, INC.

7

8  **DATED:**  October 20, 2008       **PEARL COHEN ZEDEK LATZER LLP**

9

10                                     By:_____*s/ Nathaniel B. Buchek*_____ _____
                                           Lee A. Goldberg
11                                         Nathaniel B. Buchek
                                           1500 Broadway, 12th Floor
12                                         New York, NY  10036
                                           Telephone:  (646) 878-0811
13                                         Facsimile:  (646) 878-0801
                                           Email:  LeeG@pczlaw.com
14                                                  NathanB@pczlaw.com

15
                                        Attorneys for Defendant,
16                                      KEYSCAN, INC.

17

18

19

20                                     IT IS SO ORDERED

21

22                                     Judge Marilyn H. Patel

23

24

25

26

27

28                                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28