UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISIONEER, INC.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>KEYSCAN, INC.,<br><br>    Defendant(s).<br>_____/ | No. C-08-03967 MHP |
| SOQUE HOLDINGS (BERMUDA) LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>KEYSCAN, INC.,<br><br>    Defendant.<br>_____/ | No. C-09-02651 EDL<br><br>**ORDER TO SHOW CAUSE RE RELATED CASE** |

It has come to this court's attention that a new action, C-09-2651 EDL, against Keyscan, Inc. has been filed by Soque Holdings (Bermuda) Ltd. asserting the same claims as in C-08-0397 MHP which was dismissed on May 4, 2009, because not filed by the proper party, and in which a motion for attorneys' fees and costs is pending. No notice of related case has been filed as required by Civil Local Rule 3-12 and the Civil Cover Sheet at VIII fails to disclose a related case.

Within ten (10) days of the date of this order the parties in both actions shall show cause in writing why the newly filed action should not be related to the earlier filed action.

Date: July 6, 2009

                                      MARILYN HALL PATEL
                                      United States District Court Judge
                                      Northern District of California